NUMBER 13-09-00625-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: HARLINGEN MEDICAL CENTER


____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Benavides and Vela


Memorandum Opinion Per Curiam (1)



 Relator, Harlingen Medical Center, filed a petition for writ of mandamus in the above
cause arguing that the trial court abused its discretion in denying relator's "Motion to
Compel the Return of Privileged Documents." The Court requested and received a
response to the petition for writ of mandamus from the real parties in interest. The Court
has further received relators' reply to the response.

 The Court, having examined and fully considered the petition for writ of mandamus,
response, and reply thereto is of the opinion that relator has not shown itself entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a). PER CURIAM


Delivered and filed the

6th day of January, 2010. 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).